
SIDLEY AUSTIN LLP

SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
+1 213 896 6000
+1 213 896 6600 FAX

| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

January 28, 2016

**By ECF**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *In re: Ex Parte Application of Guy Gissin*
> No. 1:15-mc-00357-PI
> Stipulated Adjournment of Objection Deadline to February 2, 2016

Dear Judge Hellerstein:

We represent the Moore Parties in the above-referenced matter.  Under the current schedule, the parties have until today (January 28, 2016) to file papers objecting to the scope of Applicant Guy Gissin's proposed subpoenas.  The parties have been continuing to work together constructively and appear to have reached an agreement in principle and are working on memorializing the terms.  We ask that the Court to further extend the deadline for applications to February 2, 2016 to allow the parties sufficient time to finalize and memorialize the terms of their agreement.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

s/  Nancy Chung
Nancy Chung
Christopher M. Egleson
Christina P. Chianese
*Counsel for the Moore Parties*

Sidley Austin (CA) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY
SIDLEY AUSTIN LLP

Honorable Alvin K. Hellerstein
January 28, 2016
Page 2

AGREED:

For GUY GISSIN:


s/  Michael S. Devorkin
_____
Michael S. Devorkin


SO ORDERED:


_____
U.S.D.J.