

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SHANGHAI |
| 555 WEST FIFTH STREET | BOSTON | HOUSTON | SINGAPORE |
| LOS ANGELES, CA 90013 | BRUSSELS | LONDON | SYDNEY |
| +1 213 896 6000 | CENTURY CITY | LOS ANGELES | TOKYO |
| +1 213 896 6600 FAX | CHICAGO | NEW YORK | WASHINGTON, D.C. |
| | DALLAS | PALO ALTO | |
| | GENEVA | SAN FRANCISCO | |
| | FOUNDED 1866 | | |

February 2, 2016

**By ECF**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *In re: Ex Parte Application of Guy Gissin*
     No. 1:15-mc-00357-PI
     <u>Final Stipulated Adjournment of Objection Deadline to February 3, 2016</u>

Dear Judge Hellerstein:

  We represent the Moore Parties in the above-referenced matter. Under the current schedule, the parties have until today (February 2, 2016) to file papers objecting to the scope of Applicant Guy Gissin's proposed subpoenas. The parties have been continuing to work together constructively and have nearly completed a memorial. We ask that the Court extend the deadline for applications by one additional day, to February 3, 2016, which should be all the time required to allow the parties to finalize their agreement. We do not anticipate making any further requests.

  We thank the Court for its continued attention to this matter.

              Respectfully submitted,

              s/ <u>Nancy Chung</u>
              Nancy Chung
              Christopher M. Egleson
              Christina P. Chianese
              *Counsel for the Moore Parties*

Sidley Austin (CA) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

SIDLEY AUSTIN LLP
SIDLEY

Honorable Alvin K. Hellerstein
February 2, 2016
Page 2


AGREED:

For GUY GISSIN:


s/ Michael S. Devorkin
_____
Michael S. Devorkin
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
Tel: (212) 907-7348


SO ORDERED:


_____
U.S.D.J.